# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # :  14-30821

Debtors:    Alecia Willoughby Powe
            604 Magnolia Street
            Wadesboro, NC  28170

Account Number:  5541

Creditor Information:    LANDMARK ASSET RECEIVABLES LLC
                         C/O GREEN TREE SERVICING LLC
                         PO BOX 0049
                         PALATINE, IL 60055-0049

Amount of Turnover: $23,994.00          94-Dsb Ck-Crdtr Prin

**Total Turnover Amount  $23,994.00**

Dated:  08/30/2019

FILED
U.S. Bankruptcy Court
of NC

SEP - 5 2019

Steven T. Salata, Clerk
Charlotte Division
JLB

Warren L. Tadlock
Chapter 13 Trustee